IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>ABIOLA KAYODE<br><br>                    Defendants. | **8:19CR282**<br><br><br>**ORDER** |

This matter is before the court on the defendant, Abiola Kayode's unopposed Motion to Continue Trial (Filing No. 96).  Counsel needs additional time to negotiate a resolution of his case short of trial.  The government has no objection to the continuance.

For good cause shown,

**IT IS ORDERED** that the unopposed Motion to Continue Trial (Filing No. 96) is granted, as follows:

1.  The jury trial now set for June 9, 2025, is continued to July 21, 2025**.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 21, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 14th day of May, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge